**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Antonio MURO–SANCHEZ, Defendant–Appellant.**

**Nos. 11–30014, 11–30018.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.\*

⯎ Filed Dec. 21, 2011.

Byron Chatfield, Assistant U.S. Attorney, USME–Office of the U.S. Attorney, Medford, OR, for Plaintiff–Appellee.

Tonia Louise Moro, Assistant Federal Public Defender, FPDOR–Federal Public Defender's Office, Medford, OR, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM \*\*

In these consolidated appeals, Juan Muro–Sanchez appeals the sentence imposed following his guilty plea to illegal reentry after deportation, and the sentence imposed upon revocation of supervised release in connection with a prior illegal reentry conviction. The district court applied an 8–level increase to Muro–San-

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**754**

chez's guideline level sentence pursuant to U.S.S.G. § 2L1.2(b)(1)(C) based on his prior conviction for second degree commercial burglary under California Penal Code § 459.

We agree with the parties that under *United States v. Aguila–Montes de Oca,* 655 F.3d 915 (9th Cir.2011) (en banc) (per curiam), the district court erred in treating defendant's prior California burglary conviction as an aggravated felony. The sentence is vacated, and remanded for resentencing in light of *Aguila–Montes de Oca.*

**SENTENCE VACATED; REMANDED FOR RESENTENCING.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.